### G. D. McMichael *v.* Robert McMichael.

**Pleadings—Demurrer to Answer—Application to Petition.**
> The application to the petition of the demurrer of the plaintiff to the answer, does not dispose of the answer.

**Mortgages—Mortgagee in Possession.**
> A mortgagee in possesison cannot be ousted until the mortgage be satisfied.

APPEAL FROM ANDERSON CIRCUIT COURT.

July 7, 1869.

Opinion of the Court by Judge Williams:

The application to the original petition, of the demurrer of the plaintiff to the defendant's original answer by no means disposed of the answer which still remains as a defense and raises issues to be tried by the court of an equitable nature, therefore, it was erroneous on the dismissal of the second answer to adjudge by default against the defendant and the judgment is reversed for this error with directions to permit the defendant to answer the amended petition and then proceed to try the equitable and legal

issue. A mortgagee in possession cannot be ousted until the mortgage be satisfied, hence it is, essential to determine the mortgage set up by defendant.

Judgment reversed.

*Draffin, for appellant.*

*Hank, for appellee.*